JOHN BLALOCK AND OTHERS V. THE STATE.

On a forfeited recognizance, judgment *nisi* was taken against the principal cognisor and his sureties ; but, after *scire facias* was duly issued and served, the judgment absolute was rendered against the sureties only. *Held*, that the judgment was erroneous, because not rendered against the principal as well as the sureties.

APPEAL from Wood. Tried below before the Hon. Z. Norton.

The facts are disclosed by the opinion.

No brief for the appellants.

*W. Alexander, Attorney General,* for the State.

EVANS, P. J.—Blalock was indicted for aggravated assault upon one Shuford ; was arrested, gave bond for his appearance, which he forfeited, and judgment *nisi* was taken against himself and sureties.

*Scire facias* issued, was served, and the judgment *nisi* made final only against the sureties, omitting to name the defendant Blalock.

The judgment should have included the principal with the sureties ; it is therefore reversed and remanded.

REVERSED AND REMANDED.